## TRUSTS AND TRUSTEES.

FURMAN, appellant, *v.* COE, respondent, 1 C. C. E. 96.

*Liability of Trustee or Executor who has been robbed of Trust Money.*

THE Court of Errors held in this case that it sufficiently appeared from the evidence that the executor of a testator, had, in his lifetime, been robbed of a certain sum of trust money received by him, and that his personal representative might, after his death, avail himself of the fact, in excuse, though uncorroborated by the oath of the party.

The decree of the Chancellor was on this ground, *reversed.*

MUNRO *v.* ALLAIRE, 2 C. C. E. 183.

*Trustee purchasing from his cestui que trust; Specific Performance.*

IN this case, a purchase had been made of certain real estate by an executor who had power to sell for the benefit of a third person, from the *cestui que trust.* Under the circumstances of this case, the Chancellor held it no objection on a bill filed by the executor for a specific performance and other purposes, to a decree for specific performance. But on appeal,

The Court of Errors held, that such purchases by a trustee of his *cestui que trust,* are not favored in equity, and that he can not maintain a bill for a specific performance of such a contract.

The decree of the Chancellor was accordingly *reversed.*